w. G?

FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

ALLISON D. MCFEATTERS
Special Assistant U.S. Attorney
PJKK Federal Bldg, Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:   alllison.mcfeatters@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 22 2011

at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR11 00265 |
| Plaintiff, ) | INFORMATION |
| vs. ) | 40 U.S.C.1315(c); |
| BHARAT K. NARUMANCHI, ) | 32 C.F.R. 634.25(f), |
| ) | H.R.S. § 431:10C-104 |
| Defendant. ) | Citation No.: 1483943/H-14 |
| ) | A & P Date: 12 Apr 11 |

INFORMATION

The United States Attorney charges that:

On or about February 13, 2011, on Tripler Army Medical Center, Hawaii, a place within the special maritime and territorial jurisdiction of the United States, in the District of Hawaii, BHARAT K. NARUMANCHI, defendant herein, unlawfully operated a motor vehicle upon a public street, road, or highway without valid insurance.

All in violation of Hawaii Revised Statutes, Section 431:10C-104, Title 40, United States Code, Section 1315(c), and Title 32, Code of Federal Regulations, Section 634.25(f).

DATED: March 22, 2011, Honolulu, Hawaii.

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

By /s/ Allison D. McFeatters
ALLISON D. MCFEATTERS
Special Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

U.S. vs. BHARAT K. NARUMANCHI
CR. No.
Citation No.: 1483943/H-14
"INFORMATION"