# Petty Offense Docket Sheet and Judgment Order
## For 04/12/2011 at 08:30 AM Hearing Site: HONA District: HAWAII
## Magistrate Judge: HON ~~BARRY M KURREN 75BC~~
### RICHARD L. PUGLISI

| | Citation | Hrg Type | Defendant Information | Offense Information | Disposition | Proc. Fee | Special Assess. | Fine | Total Due |
|---|---|---|---|---|---|---|---|---|---|
| 51 | H10 1377564 FTA ☑ | M | MOWATT, HUNDIA N , SSN: ###-##-1755 Drivers License: #####34857880 FL | DULY UPON STRIKING/HIT AND RUN Issued: 02/27/2011 by WILLIAMS Original Amount: 0.00 Current Due: 0.00 **BW $100 UNSECURED** | Current: NY - POST OFFICE RETURN New: NW - WARRANT ISSUED Narrative: | $25 | | | |
| 52 | H14 1483943 FTA ☐ **CR 11-00265** | M | NARUMANCHI, BHARAT K , SSN: ###-##-9406 Drivers License: #####9845 NY | DRIVE W/OUT INSURANCE Issued: 02/13/2011 by MALDONADO Original Amount: 0.00 Current Due: -25.00 **DISMISSED PROOF SHOWN** | Current: CT - COURT ASSESSED New: NC - AUSA REQUEST TO CLOSE Narrative: DISMISSED PROOF SHOWN | $25 | | | |
| 53 | H10 A2426329 FTA ☑ CR 10-00817 | M | NEFF, GLENN M , SSN: ###-##-3912 Drivers License: #####535 PA | DRIVE W/SUSPENDED LIC Issued: 11/03/2010 by PELZER Original Amount: 0.00 Current Due: 0.00 **BW $100 UNSECURED** | Current: - New: NW - WARRANT ISSUED Narrative: | $25 | | | |
| 54 | H10 1485529 FTA ☑ CR 11-00125 | M | NELSON, NATHAN D , SSN: ###-##-6778 Drivers License: #####09 WV | DUI Issued: 02/05/2011 by SMITH Original Amount: 0.00 Current Due: 0.00 **BW $100 UNSECURED** | Current: NY - POST OFFICE RETURN New: NW - WARRANT ISSUED Narrative: | $25 | | | |

\* Processing Fee does not apply. Violation issued on old edition of the form.

APPROVED AND SO ORDERED:/s/RICHARD L. PUGLISI
U.S. MAGISTRATE JUDGE

APPROVED:/s/ALLISON MCFEATTERS
Special Assistant U.S. Attorney