```
FLORENCE T. NAKAKUNI  #2286
United States Attorney
District of Hawaii

ALLISON D. MCFEATTERS
Special Assistant U.S. Attorney
PJKK Federal Bldg, Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  Allison.mcfeatters@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 11-00265 |
| | ) | |
| Plaintiff, | ) | ORDER FOR DISMISSAL |
| | ) | 40 U.S.C.1315(c); |
| vs. | ) | 32 C.F.R. 634.25(f), |
| | ) | H.R.S. § 431:10C-104 |
| BHARAT K. NARUMANCHI, | ) | |
| | ) | Citation No.: 1483943/H-14 |
| Defendant. | ) | |
| | ) | A & P Date: 12 Apr 11 |

<u>ORDER FOR DISMISSAL</u>

      Good cause appearing, the United States Attorney hereby requests the court to dismiss the charges against BHARAT K. NARUMANCHI, that occurred on February 13, 2011 on the grounds

//

//

//

that the defendant has shown proof of insurance.

        Dated: <u>April 12, 2011</u>, Honolulu, Hawaii.

                              FLORENCE T. NAKAKUNI
                              United States Attorney
                              District of Hawaii


                              By <u>/s/ Allison D. McFeatters</u>
                                 ALLISON D. MCFEATTERS
                                 Special Assistant U.S. Attorney


Leave of Court is granted for the filing of the foregoing dismissal.

APPROVED AND SO ORDERED:

DATED:  Honolulu, Hawaii, April 20, 2011.



                              <u>/S/ Barry M. Kurren</u>
                              Barry M. Kurren
                              United States Magistrate Judge


<u>U.S. vs. BHARAT K. NARUMANCHI</u>
CR. NO. 11-00265
Citation No.: 1483943/H-14
"ORDER FOR DISMISSAL"